HOLDERMAN, J.

(No. 5816—

TRAVENOL LABORATORIES, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

W. J. KENDALL III, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

180

HOLDERMAN, J.